**SAO**
RAMZY PAUL LADAH
Nevada Bar No. 11405
JOSEPH C. CHU
Nevada Bar No, 11082
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CODY EUGENE THOMPSON, an individual and as Administrator of the ESTATE OF SARAH J. THOMPSON;<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY VIEW CENTER, LLC; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-01673-ART-BNW<br><br>_____<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND DEFENDANT'S MOTION TO DISMISS (ECF No. 8)** |

IT IS HEREBY STIPULATED by and between Plaintiff, WILLIAM CODY EUGENE THOMPSON, individually and as Administrator of the ESTATE OF SARAH J. THOMPSON ("Plaintiff"), and Defendant, VALLEY VIEW CENTER, LLC ("Defendant"), by and through their respective, undersigned counsel of record, that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 8) shall be extended up to and including Monday, January 16, 2023.

This extension of time is sought by Plaintiff's counsel, and graciously agreed to by Defendant's counsel, due to Plaintiff's counsel's previously unanticipated need to travel out of state to attend to an emergent family matter. The parties respectfully submit this extension is not

being sought for reasons of undue delay or any other untoward purpose, and there exists good cause and excusable neglect justifying the same.

    **IT IS HEREBY AGREED AND STIPULATED.**

| DATED this 28th day of December, 2022. | DATED this 28th day of December, 2022. |
|---|---|
| **LADAH LAW FIRM** | **PYATT SILVESTRI** |
| /s/ Joseph C. Chu | /s/ James P.C. Silvestri |
| **RAMZY P. LADAH** <br> Nevada Bar No. 11405 <br> **JOSEPH C. CHU** <br> Nevada Bar No. 11082 <br> 517 S. Third Street <br> Las Vegas, NV 89101 <br> *Attorneys for Plaintiff* | **JAMES P.C. SILVESTRI** <br> Nevada Bar No. 3603 <br> 701 Bridger Avenue, Suite 600 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant* |

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 8) shall be extended up to and including Monday, January 16, 2023.

    **IT IS SO ORDERED.**

By _____
UNITED STATES DISTRICT COURT JUDGE
DATED: 12/30/2022

Respectfully Submitted by:

**LADAH LAW FIRM**

/s/ Joseph C. Chu

**JOSEPH C. CHU**
Nevada Bar No. 11082
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on December 28, 2022, I received concurrence from Defendant's counsel, James P.C. Silvestri, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 28th day of December, 2022.

*/s/ Joseph C. Chu, Esq.*

JOSEPH C. CHU
Nevada Bar No. 11082