## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CODY EUGENE THOMPSON, an individual and as Administrator of the ESTATE OF SARAH J. THOMPSON;<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY VIEW CENTER, LLC; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-01673-ART-BNW<br><br>**ORDER APPROVING**<br><br>STIPULATION: (1) TO WITHDRAW DEFENDANT'S MOTION TO DISMISS, AND (2) FOR DISMISSAL, WITH PREJUDICE |

The parties, Plaintiff WILLIAM CODY EUGENE THOMPSON, individually and as Administrator of the ESTATE OF SARAH J. THOMPSON, and Defendant, VALLEY VIEW CENTER, LLC, by and through their respective, undersigned counsel of record, hereby stipulate and agree as follows:

The parties hereby stipulate and agree that Defendant VALLEY VIEW CENTER, LLC'S motion to dismiss (ECF No. 8) is withdrawn.

The parties further hereby stipulate and agree that this action shall be dismissed in its entirety, with prejudice, all parties to bear their own attorneys' fees and costs.

. . .

. . .

. . .

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 30th day of January, 2023. | DATED this 17th day of January, 2023. |
| **LADAH LAW FIRM** | **PYATT SILVESTRI** |
| /s/ Ramzy P. Ladah, Esq. | /s/ James P.C. Silvestri, Esq. |
| **RAMZY PAUL LADAH**<br>Nevada Bar No. 11405<br>**JOSEPH C. CHU**<br>Nevada Bar No. 11082<br>517 S. Third Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | **JAMES P.C. SILVESTRI**<br>Nevada Bar No. 3603<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

**IT HERE HEREBY ORDERED** that Defendant Valley View Center, LLC's motion to dismiss (ECF No. 8) is withdrawn.

**IT IS FURTHER HEREBY ORDERED** that the instant matter shall be dismissed in its entirety, with prejudice, each side to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: February 1, 2023

_____
ANNE R. TRAM
UNITED STATES DISTRICT COURT JUDGE

2